**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JANELYS HERNANDEZ, on behalf of herself
and all others similarly situated,

               -against-

THE TOWN SHOP, INC.
               Defendant.
-----------------------------------------------------------x

Case No. 1:23-cv-01957-JMF-JW

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       October 2, 2023

Respectfully Submitted,

*/s/ Noor A. Saab*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

SO ORDERED.

October 3, 2023

1